UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. BRAZIER,<br><br>    Plaintiff,<br><br>  v.<br><br>JEFFREY A. BEARD, et al,<br><br>    Defendants. | 1:13-cv-00787-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANTS' FIRST MOTION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 20)<br><br>40-DAY DEADLINE |

Plaintiff Kevin D. Brazier ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 19, 2014, Defendants filed a motion to extend time to file an opposition to Plaintiff's motion for summary judgment.  Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Defendants are granted forty (40) days from the date of service of this order in which to file an opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated:   March 21, 2014             /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1