IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN DEON BRAZIER,**<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**JEFFREY A. BEARD, et al.,**<br><br>　　　　　　　　Defendants. | Case No. 1:13-CV-00787 LJO BMK (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR STAY OF BRIEFING ON PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

　　　Before the Court is Defendants' Ex Parte Application for Stay of Briefing on Plaintiff's Motion for Judgment on the Pleadings. For good cause shown, the application is granted. Briefing on Plaintiff's Motion for Judgment on the Pleadings (ECF No. 57) is hereby stayed until further notice from the Court.

　　　　　　　　　　　　　　　　　　　　 /S/ Barry M. Kurren
　　　　　　　　　　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

[Proposed] Order Granting Defs.' App. for Stay of Briefing  (1:13-CV-00787 LJO BMK (PC))