## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**KEVIN DEON BRAZIER,**

CASE NO: **1:13–CV–00787–LJO–MJS**

v.

**JEFFREY A. BEARD, ET AL.,**

---

<u>**XX**</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/13/2017**

**Marianne Matherly**
Clerk of Court

ENTERED: **April 13, 2017**

by: /s/ S. Sant Agata
Deputy Clerk